JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| In re Application of<br><br>Oasis Focus Fund LP and Quadre Investments, L.P.<br><br>Petitioners, for an Order pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | **Case No. 5:23-mc-00003-JGB(SHKx)**<br><br>**ORDER**<br><br>**[CHANGES MADE BY COURT IN RED]** |
|---|---|

This matter came before the Court upon the Application of Oasis Focus Fund LP and Quadre Investments, L.P. ("**Petitioners**"), for an Order Pursuant to 28 U.S.C. § 1782 (the "**Application**").

The Court, having considered the Application, and the supporting Memorandum of Law, and Declarations and Exhibits,

HEREBY ORDERS that:

1. The Application is GRANTED;

2. Petitioners are authorized to take discovery from Christopher Hsu, an individual who resides in this District, by issuing subpoenas seeking the production of documents and depositions in the form attached to the Declaration of Duane L. Loft as Exhibit 1 (the "**Subpoenas**"), except the date of the deposition will be set after consultation with Christopher Hsu;

- 1 -

PROPOSED ORDER

Case 5:23-mc-00003-JGB-SHK   Document 10   Filed 04/11/23   Page 2 of 2   Page ID #:1363

3.     Respondent shall produce the requested documents within thirty (30) days of service of the Subpoenas (together with a copy of this Order), or such other dates as agreed between the parties, and in conformity with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Central District of California.   The entry of this Order does not foreclose Respondent from seeking relief under Rule 26 and Rule 45, if appropriate.   Any Rule 45 objections shall be served on all parties and counsel of record within ten days after service of the Subpoenas;

4.     Respondent shall appear for a deposition in compliance with the Subpoena on mutually agreeable dates within a reasonable time after he confirms the final production of documents in response to the respective Subpoena;

5.     Until further Order by this Court, the Respondent shall preserve all documents, electronic or otherwise, and any evidence in their possession, custody, or control that contains information potentially relevant to the subject matter of the foreign proceeding at issue in the Application.

Dated this the 11th day of April, 2023

_____
**HON. SHASHI H. KEWALRAMANI**
United States Magistrate Judge

- 2 -

PROPOSED ORDER